UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20267-CR-GOLD/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHIRINE WOODS,

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS [ECF No. 54]; DENYING MOTION TO EXPUNGE/SEAL RECORD [ECF No. 49]

This CAUSE is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendations [ECF No. 54] on Defendant Shirine Woods' Motion to Expunge/Seal the Record [ECF No. 49]. Judge Goodman recommends denying Woods' Motion because Woods has not alleged any special circumstance which would require her criminal sentence to be expunged. Indeed, Woods did not question the validity of her criminal conviction, nor was the conviction ever deemed invalid.

No objections have been filed, *see Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("The statute does not on its face require any review at all, by either the district court or the court of appeals, of any issue that is not the subject of an objection."), and the time for doing so has passed. Accordingly, it is hereby ORDERED and ADJUDGED that

1. The Report and Recommendations [ECF No. 54] is **ADOPTED**.

2. Defendant Shirine Woods' Motion to Expunge/Seal the Record [ECF No. 49] is **DENIED**.

3. This case remains **CLOSED**.

DONE and ORDERED in Chambers at Miami, Florida this 19th day of June, 2013.

*[signature]*
THE HONORABLE ALAN S. GOLD
SENIOR UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Jonathan Goodman
Counsel of record

Shirine Woods
5821 NW 7th Avenue Apt 612
Miami, FL 33127